UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:                                    CASE NO. 18-51311

RHONDA GAIL GOLSTON                       CHAPTER 13

                                          JUDGE ALAN KOSCHIK

    Debtor(s)

**<u>AMENDED MOTION OF DEBTOR'S ATTORNEY TO WITHDRAW AS DEBTOR'S CHAPTER 13 BANKRUPTCY ATTORNEY</u>**

Now comes the debtor(s), Rhonda Golston, by and through her counsel James F. Ciccolini and hereby request this Honorable Court grant an Order allowing debtor's counsel to withdraw as debtor's attorney in the within Chapter 13 Case. Debtor has alleged throughout her bankruptcy petition that she has been a victim of identify theft including fraudulent access by others to her personal banking accounts. Debtor continues unabated to phone her counsel's office and raise suspicion time and time again that she continues to be a victim of identify theft and banking fraud.

On March 5th, 2021, debtor left several messages on her attorney's office phone accusing her attorney of engaging in criminal activity to gain access to debtor's personal bank accounts. As a result of debtor's recent criminal accusation alleged against her bankruptcy counsel, debtor's attorney can no longer maintain a client and attorney

relationship and therefore, request a court Order allowing debtor's counsel to withdraw as debtor's Chapter 13 bankruptcy attorney.

Wherefore, debtor's counsel respectfully request a Court order allowing him to withdraw as debtor's chaper13 bankruptcy attorney.

Respectfully submitted,

/s/ James f. Ciccolini
James F. Ciccolini
Attorney for Debtor
Reg No. 0058767
1172 N. Wooster Rd.
Barberton, Ohio 44203
(330) 745-6606

CERTIFICATE OF SERVICE

A copy of the foregoing motion was electronically sent and mailed by regular U.S. mail to the following this 8th day of March 2021.

Electronically sent

1. Office of U.S. Trustee
   * electronically sent *

2. Keith Rucinski, Trustee
   * electronically sent *

U.S. mail:

Rhonda Golston
P.O. Box 65
Twinsburg, Ohio 44087

all creditors on debtor's mailing matrix

/s/ James f. Ciccolini
JAMES F. CICCOLINI
Attorney for Debtor